# JEREMY KLAUSNER LAW, P.C.

21 SHEFFIELD TERRACE
WEST ORANGE, NEW JERSEY 07052
(973) 671-5331 (O)
(973) 860-2275 (F)
WWW.KLAUSNERLEGAL.COM

JEREMY KLAUSNER
JKLAUSNER@KLAUSNERLEGAL.COM

August 4, 2021

Via ECF
Hon. Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

>   Re:   *Chanel Inc. v. Eisen et al.*
>         Civil Action No. 1:21-cv-3238

Dear Judge Furman:

We write on behalf of Defendants Jara Eisen, Sojara Designs Inc. and SJ Designs Inc. ("Sojara Defendants") with the consent of Plaintiff, Chanel, Inc., regarding the captioned matter. As Your Honor will recall, the Court granted the Sojara Defendants three previous extensions of time to answer in order to engage in voluntary discovery and commence substantive settlement discussions. Such efforts have resulted in the parties' agreement to the principal terms of a settlement that will include a final judgment by consent and permanent injunction.

Pursuant to the Court's recent orders, (i) the Sojara Defendants' answers are currently due August 6, 2021; (ii) the initial conference is scheduled for August 12, 2021, and (iii) the parties' joint letter and proposed case management plan is due August 5, 2021. In light of the proposed settlement of this matter, we respectfully request the initial conference and associated deadlines be adjourned and the parties be given until August 31, 2021 to complete the necessary settlement documents. On or before this date, the parties will submit a final judgment on consent and permanent injunction for the Court's review and approval.

Respectfully Submitted,

/s/ Jeremy M. Klausner

cc:   Martin J. Feinberg, Esq. (via ECF and e-mail)
      Christopher J. Marino, Esq. (via ECF and e-mail)
      Jennifer Silverman, Esq. (via e-mail)

> The parties shall submit their proposed settlement papers by August 31, 2021. All other deadlines are extended sine die, and the conference is adjourned sine die. The Clerk of Court is directed to terminate ECF No. 24. SO ORDERED.
>
> [signature]
>
> August 4, 2021